# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| GREGORIA HERRERA AND ALCIBIADES DELORBE | : No. 430 EAL 2015 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the Order of the Superior Court |
| | : |
| GEORGIE BAUM, INCORRECTLY DESIGNATED AS GEORGE SUAREZ AND LUISA DIAZ | : |
| | : |
| PETITION OF: GREGORIA HERRERA AND ALCIBIADES DELORBE | : |
| | |
| GREGORIA HERRERA AND ALCIBIADES DELORBE | : No. 431 EAL 2015 |
| | : |
| v. | : Petition for Allowance of Appeal from the Order of the Superior Court |
| | : |
| GEORGE BAUM, INCORRECTLY DESIGNATED AS GEORGIE SUAREZ AND LUISA DIAZ | : |
| | : |
| PETITION OF: GREGORIA HERRERA AND ALCIBIADES DELORBE | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.